1  PHILLIP A. TALBERT
   Acting United States Attorney
2  W. DEAN CARTER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  E-mail:        dean.carter@usdoj.gov
   Telephone:    (916) 554-2781
5  Facsimile:    (916) 554-2900

6  Attorneys for Defendant
   UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY MEDINA and SVETLANA KRIVENCHEVA, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA and COURTNEY L. MAPES, M.D., <br><br> Defendants. | No. 1:21-CV-00844-NONE-EPG <br><br> **STIPULATION AND ORDER TO VACATE AND RESET SCHEDULING CONFERENCE** |

The parties request that the Court vacate the scheduling conference set for November 2, 2021 at 10:00 a.m. and reset to a date after the Court resolves the United States' motion to dismiss. On September 1, 2021, the United States was served with Plaintiffs' complaint. The United States' responsive pleading is therefore due on November 1, 2021. Fed. R. Civ. P. 12(a)(2). Currently, a scheduling conference is set for November 2, 2021. ECF No. 7. However, in lieu of filing an answer, the United States intends to file a motion to dismiss the claims alleged against the United States pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject-matter jurisdiction. Pursuant to Fed. R. Civ. P. 6(b), good cause exists to vacate the scheduling conference because, if granted, the United States would no longer be a party to this action.

## **STIPULATION**

Accordingly, IT IS HEREBY STIPULATED by and between the parties and subject to the Court's approval, that the scheduling conference set for November 2, 2021 at 10:00 a.m. is VACATED and will be reset after the United States' motion to dismiss is resolved by the Court.

Dated:  October 26, 2021  		PHILLIP A. TALBERT
					Acting United States Attorney

				By:	/s/  W. Dean Carter
					W. DEAN CARTER
					Assistant United States Attorney

					Attorneys for Defendant
					UNITED STATES OF AMERICA


					LeBEAU-THELEN, LLP

Dated:  October 26, 2021	By:	/s/  Amanda M. Lucas  (authorized 10.26.21)
					AMANDA M. LUCAS
					DENNIS R. THELEN

					Attorneys for Defendant
					COURTNEY L. MAPES, M.D.


					MILLER & JAMES, LLP

Dated:  October 26, 2021	By:	/s/ Patricia I. James (authorized 10.26.21)
					PATRICIA I. JAMES
					DAVID D. MILLER

					Attorneys for Plaintiffs
					BRADLEY MEDINA and SVETLANA
					KRIVENCHEVA

STIPULATION AND ORDER TO VACATE AND RESET SCHEDULING CONFERENCE         2

# **ORDER**

Pursuant to the parties' stipulation (Doc. 9), IT IS HEREBY ORDERED that the scheduling conference currently set for November 2, 2021 before the undersigned is vacated. Within ten days after issuance of a ruling on the United States' motion to dismiss, should the matter go forward, the parties are directed to contact Courtroom Deputy Michelle Rooney (mrooney@caed.uscourts.gov) to reset the scheduling conference.

IT IS SO ORDERED.

Dated:   **October 27, 2021**              /s/ Erica P. Grosjean
                                                                                     UNITED STATES MAGISTRATE JUDGE