UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY MEDINA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COURTNEY L. MAPES, M.D.,<br><br>  Defendant. | Case No.  1:21-cv-00844-NONE-EPG<br><br>ORDER RE: NOTICE OF DISMISSAL OF DEFENDANT UNITED STATES OF AMERICA WITHOUT PREJUDICE AND AMENDING CAPTION<br><br>(ECF No. 13) |

On November 17, 2021, the parties filed a stipulation to dismiss Defendant United States of America.[1] (ECF No. 13.) Therefore, pursuant to Plaintiff's notice, this case is dismissed only as to Defendant United States of America. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). In light of the dismissal, the caption is amended as set forth above.

///

///

///

///

---

[1] The stipulation does not state whether the dismissal was with or without prejudice. (*See* ECF no. 13.) "Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).

1

Accordingly, the Clerk of the Court is respectfully directed to terminate only Defendant United States of America on the docket.

IT IS SO ORDERED.

Dated:   **November 18, 2021**         /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE