UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY MEDINA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COURTNEY L. MAPES, M.D.,<br><br>　　　　Defendant. | Case No.  1:21-cv-00844-JLT-EPG<br><br>ORDER RE: PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF<br><br>(ECF No. 25). |

　　　　On December 15, 2022, Plaintiffs filed a motion for administrative relief requesting that non-expert discovery be reopened for ninety days. (ECF No. 25, p. 3). Further, Plaintiffs request that the expert disclosure dates be continued for ninety days. (*Id.*) According to Plaintiffs' motion, relief is warranted because Plaintiffs' counsel has not yet taken the deposition of Defendant. (*Id.* at 2-3). Plaintiffs' counsel declaration states that counsel "made a mistake in calendaring" and "did not realize until December 8" the correct non-expert discovery and expert disclosure deadlines. (ECF No. 25-1, p. 2). Defendant opposes Plaintiffs' request because "[t]here is not good cause to reopen discovery or extend any of the discovery deadlines." (ECF No. 26, p. 3). Further, Defendant represents that because Plaintiffs served "a Rule 26 expert disclosure and reports on December 19, 2022. . .any request as to the continuation of that specific deadline is rendered moot." (*Id.* at 4).

1

After reviewing the parties' arguments, the Court will grant, in part, Plaintiffs' motion. Accordingly, IT IS ORDERED that:

1. The deadline for Plaintiffs to depose Dr. Mapes is extended until January 27, 2023. No other non-expert discovery will be extended, and this date will not be extended.
2. In all other respects, the schedule remains as previously set.[1]

IT IS SO ORDERED.

Dated:   **December 21, 2022**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is not extending the expert disclosure deadline in light of Defendants' representation that Plaintiffs served their disclosures notwithstanding Plaintiffs' motion. (*See* ECF No. 26, p. 4). If this is incorrect, Plaintiffs may file a renewed request for relief of this date.