UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY MEDINA, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>COURTNEY L. MAPES, M.D.,<br><br>Defendant. | Case No. 1:21-cv-00844-JLT-EPG<br><br>ORDER RE: PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF<br><br>(ECF No. 28). |

On January 19, 2023, Plaintiffs filed a motion for administrative relief requesting that the deadline to designate rebuttal expert witnesses be extended from January 17, 2023, to February 7, 2023. (ECF No. 28). According to the declaration of Plaintiffs' counsel, Plaintiffs have chosen and signed a contract with a rebuttal expert witness. (ECF No. 28-1, p. 2). However, Plaintiffs' rebuttal witness requires a retainer. (*Id.*) Plaintiffs have been unable to facilitate the payment of the retainer because Plaintiff Bradley Medina was hospitalized with a serious case of Covid-19 on January 8, 2023. (*Id.*; *see also* ECF No. 28-2). Plaintiffs' counsel further states that she contacted Defendant's counsel to seek an extension, but that Defendant's counsel would only agree to extend the deadline until January 24, 2023. (*Id.*) As of January 16, 2023, Plaintiffs' counsel is unaware of Mr. Medina's condition.

Based on the circumstances explained in the declaration of Plaintiffs' counsel, the Court

1

will grant Plaintiffs' motion. Accordingly, IT IS ORDERED that the deadline for Plaintiffs to designate rebuttal expert witnesses be extended until February 7, 2023, to allow Plaintiffs time to finalize retention of Plaintiffs' rebuttal witness.

IT IS SO ORDERED.

Dated:   **January 20, 2023**              /s/ *Erica P. Grosjean*
                                           UNITED STATES MAGISTRATE JUDGE

2